UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEGITMARK, INC.; and ROSCOE HOLDINGS GROUP, INC.,

Plaintiffs,

v.

LEGIT APP, INC.; LEGIT APP, LIMITED; and SHOPREAL, LLC f/k/a LEGIT APP AUTH CENTER, LLC,

Defendants.

C26-2811 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On review, and for good cause shown, the Court GRANTS plaintiffs' motion for extension of time to complete service, docket no. 22. The deadline for plaintiffs to serve defendant Shopreal LLC with the summons and complaint is EXTENDED to December 7, 2026.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of November, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk